# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>OWENS CORNING et al,<br>　　　　　　Debtors. | § § § § § § | Case Nos. 00-3837-3854 (JKF)<br>(Jointly Administered) |
| CENTURY INDEMNITY CO., as successor to CCI Insurance Co. as successor to Insurance Co. of North America and Central National Insurance Co.,<br>　　　　　Appelllant,<br><br>v.<br><br>BARON & BUDD, P.C., and SILBER PEARLMAN LLP,<br>　　　　　Appellees. | § § § § § § § § § § § § § § § | Civil Action<br><br>Docket No.: 04-CV-1467<br><br>Judge: John P. Fullam |

## CERTIFICATE OF SERVICE

I, Daniel K. Hogan, hereby certify that I am not less than 18 years of age and that I caused to be served on the 3rd day of August, 2005, a true and correct copy of the foregoing Citation of Subsequent Authority Pursuant to Local Rule 7.1.2(c) By Appellees Baron & Budd, P.C., and Silber Pearlman, LLP, via first class mail and/or Federal Express (as indicated), postage prepaid, to the parties on the attached service list.

　　　　　　　　　　　　　　　　　　　　　　/s/Daniel K. Hogan
　　　　　　　　　　　　　　　　　　　　　　Daniel K. Hogan (DE #2814)

**Service List**

*Via Federal Express*
WHITE AND WILLIAMS LLP
Christian J. Singewald (No. 3542)
Linda M. Carmichael (No. 3570)
Marc Casarino (No. 3613)
824 N. Market Street, Suite 902
Wilmington, DE  19899-0709

    -and-

O'MELVENY & MYERS LLP
Tancred V. Schiavoni
Gerald A. Stein
Gary Svirsky
Times Square Tower
New York, NY  10036

*Attorneys for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Central National Insurance Company*

SAUL EWING LLP
Norman L. Pernick, Esquire
222 Delaware Avenue, Suite 1200
Wilmington, DE  19801

*Attorney for Debtor*

OFFICE OF THE U.S. TRUSTEE
Frank J. Perch, III
844 King Street, Suite 2313
Wilmington, DE  19801