IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CENTURY INDEMNITY CO.,<br>as Successor to CCI Insurance Co.,<br>as successor to Insurance Co. of<br>North America and Central National<br>Insurance Co.,<br><br>      Appellant,<br>v.<br><br>BARON & BUDD, P.C., and<br>SILBER PEARLMAN LLP,<br><br>      Appellees. | Civil Action No. 04-CV-1467<br>Judge: John P. Fullam |
| IN RE:<br><br>    OWENS CORNING, ET AL.<br><br>      Debtors. | Chapter 11<br><br>Case Nos. 00-03837-3854 (JKF)<br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of *Joseph G. Gibbons*, White and Williams LLP, 1800 One Liberty Place, Philadelphia, PA 19103-7395 to represent the Appellant in this matter.

Dated: August 26, 2005

WHITE AND WILLIAMS LLP

By: _____
Linda M. Carmichael (#3570)
824 N. Market Street, Suite 902
P. O. Box 709
Wilmington, DE 19899-0709
Telephone: (302) 467-4502
Facsimile: (302) 467-4552

*Attorneys for Century Indemnity Company,*
*as successor to CCI Insurance Company,*
*as successor to Insurance Company of*
*North America*

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice of *Joseph G. Gibbons* is granted.

Dated: _____, 2005      By: _____
                                                                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, and practicing in good standing as a member of the Bars of Pennsylvania and New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Dated: __8/25__, 2005            Signed: _____
                                         Joseph G. Gibbons, Esquire
                                         White and Williams LLP
                                         1800 One Liberty Place
                                         Philadelphia, PA 19103-7395
                                         Telephone: (215) 864-7074

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CENTURY INDEMNITY CO., <br> as Successor to CCI Insurance Co., <br> as successor to Insurance Co. of <br> North America and Central National <br> Insurance Co., <br><br> Appellant, <br> v. <br><br> BARON & BUDD, P.C., and <br> SILBER PEARLMAN LLP, <br><br> Appellees. | : <br> : Civil Action No. 04-CV-1467 <br> : Judge: John P. Fullam <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| IN RE: <br><br> OWENS CORNING, ET AL. <br><br> Debtors. | : <br> : Chapter 11 <br> : <br> : Case Nos. 00-03837-3854 (JKF) <br> : (Jointly Administered) <br> : |

**CERTIFICATE OF SERVICE**

I, Linda M. Carmichael, do hereby certify that on this 26th day of August, 2005, two (2) copies of the foregoing **MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF JOSEPH G. GIBBONS** was served upon the following via First Class Mail, postage-paid:

Norman L. Pernick, Esquire
Saul Ewing LLP
222 Delaware Ave., #1200
Wilmington, DE 19899

Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

Frank J. Perch, III
Office of the U.S. Trustee
844 King Street, Suite 2313
Wilmington, DE 19801

David A. Klingler
Stutzman, Bromberg, Esserman & Plifka, P.C.
2323 Bryan Street – Suite 2200
Dallas, TX 75201

Under penalty of perjury, I declare that the foregoing is true and correct.

Linda M. Carmichael (#3570)

DOCS_DE 114695v1