## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CENTURY INDEMNITY CO., as Successor to CCI Insurance Co., as successor to Insurance Co. of North America and Central National Insurance Co., | : : : : : : | Civil Action No. 04-CV-1467 Judge: John P. Fullam |
| Appellant, | : : | |
| v. | : : | |
| BARON & BUDD, P.C., and SILBER PEARLMAN LLP, | : : : | |
| Appellees. | : : | |
| IN RE: | : : | Chapter 11 |
| OWENS CORNING, ET AL. | : : : | Case Nos. 00-03837-3854 (JKF) (Jointly Administered) |
| Debtors. | : : | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of **Richard M. Shusterman**, White and Williams LLP, 1800 One Liberty Place, Philadelphia, PA 19103-7395 to represent the Appellant in this matter.

**WHITE AND WILLIAMS LLP**

Dated: August 26, 2005

By: _____
Linda M. Carmichael (#3570)
824 N. Market Street, Suite 902
P. O. Box 709
Wilmington, DE 19899-0709
Telephone:   (302) 467-4502
Facsimile:    (302) 467-4552

*Attorneys for Appellant, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America*

### ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice of **Richard M. Shusterman** is granted.

Dated: _____, 2005

By: _____
United    States    District    Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, and practicing in good standing as a member of the Bar of the States of Pennsylvania and New York and the United States District Court for the Eastern and Western Districts of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Richard M. Shusterman, Esquire
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA  19103-7395
Telephone: 215-864-6217
Facsimile: 215-864-7517

Date: _Aug 16, 2005_

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CENTURY INDEMNITY CO.,     :
as Successor to CCI Insurance Co.,     :     Civil Action No. 04-CV-1467
as successor to Insurance Co. of     :     Judge: John P. Fullam
North America and Central National     :
Insurance Co.,     :
    :
        Appellant,     :
   v.     :
    :
BARON & BUDD, P.C., and     :
SILBER PEARLMAN LLP,     :
    :
        Appellees.     :

IN RE:     :     Chapter 11
    :
   OWENS CORNING, ET AL.     :     Case Nos. 00-03837-3854 (JKF)
    :     (Jointly Administered)
        Debtors.     :

## CERTIFICATE OF SERVICE

I, Linda M. Carmichael, do hereby certify that on this ___26th___ day of August, 2005, two

(2) copies of the foregoing **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

**OF RICHARD M. SHUSTERMAN** was served upon the following via First Class Mail,

postage-paid:

| | |
|---|---|
| Norman L. Pernick, Esquire<br>Saul Ewing LLP<br>222 Delaware Ave., #1200<br>Wilmington, DE 19899 | Daniel K. Hogan, Esquire<br>The Hogan Firm<br>1311 Delaware Avenue<br>Wilmington, DE 19806 |
| Frank J. Perch, III<br>Office of the U.S. Trustee<br>844 King Street, Suite 2313<br>Wilmington, DE 19801 | David A. Klingler<br>Stutzman, Bromberg, Esserman & Plifka, P.C.<br>2323 Bryan Street – Suite 2200<br>Dallas, TX 75201 |

Under penalty of perjury, I declare that the foregoing is true and correct.

Linda M. Carmichael, Esquire (#3570)