FEE PAID

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CENTURY INDEMNITY CO., as Successor to CCI Insurance Co., as successor to Insurance Co. of North America and Central National Insurance Co., | Civil Action No. 04-CV-1467 Judge: John P. Fullam |
| Appellant, v. | (25) |
| BARON & BUDD, P.C., and SILBER PEARLMAN LLP, | |
| Appellees. | |
| IN RE: | Chapter 11 |
| OWENS CORNING, ET AL. | Case Nos. 00-03837-3854 (JKF) (Jointly Administered) |
| Debtors. | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of *Joseph G. Gibbons*, White and Williams LLP, 1800 One Liberty Place, Philadelphia, PA 19103-7395 to represent the Appellant in this matter.

Dated: August 26, 2005

WHITE AND WILLIAMS LLP

By: _____
Linda M. Carmichael (#3570)
824 N. Market Street, Suite 902
P. O. Box 709
Wilmington, DE 19899-0709
Telephone: (302) 467-4502
Facsimile: (302) 467-4552

*Attorneys for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of *Joseph G. Gibbons* is granted.

Dated: September 7, 2005

By: _____
United States District Judge

DOCS_DE 114695v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, and practicing in good standing as a member of the Bars of Pennsylvania and New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Dated: __8/25__, 2005        Signed: _____
                                      Joseph G. Gibbons, Esquire
                                      White and Williams LLP
                                      1800 One Liberty Place
                                      Philadelphia, PA 19103-7395
                                      Telephone: (215) 864-7074

DOCS_DE 114695v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CENTURY INDEMNITY CO., as Successor to CCI Insurance Co., as successor to Insurance Co. of North America and Central National Insurance Co., <br><br> Appellant, <br><br> v. <br><br> BARON & BUDD, P.C., and SILBER PEARLMAN LLP, <br><br> Appellees. | Civil Action No. 04-CV-1467 <br> Judge: John P. Fullam |
| IN RE: <br><br> OWENS CORNING, ET AL. <br><br> Debtors. | Chapter 11 <br><br> Case Nos. 00-03837-3854 (JKF) <br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Linda M. Carmichael, do hereby certify that on this 26th day of August, 2005, two (2) copies of the foregoing **MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF JOSEPH G. GIBBONS** was served upon the following via First Class Mail, postage-paid:

Norman L. Pernick, Esquire
Saul Ewing LLP
222 Delaware Ave., #1200
Wilmington, DE 19899

Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

Frank J. Perch, III
Office of the U.S. Trustee
844 King Street, Suite 2313
Wilmington, DE 19801

David A. Klingler
Stutzman, Bromberg, Esserman & Plifka, P.C.
2323 Bryan Street – Suite 2200
Dallas, TX 75201

Under penalty of perjury, I declare that the foregoing is true and correct.

Linda M. Carmichael (#3570)

DOCS_DE 114695v1

FEE PAID

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CENTURY INDEMNITY CO., as Successor to CCI Insurance Co., as successor to Insurance Co. of North America and Central National Insurance Co., | : | Civil Action No. 04-CV-1467<br>Judge: John P. Fullam |
| Appellant, | : | |
| v. | : | 26 |
| BARON & BUDD, P.C., and SILBER PEARLMAN LLP, | : | |
| Appellees. | : | |
| IN RE: | : | Chapter 11 |
| OWENS CORNING, ET AL. | : | Case Nos. 00-03837-3854 (JKF)<br>(Jointly Administered) |
| Debtors. | : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of *Richard M. Shusterman*, White and Williams LLP, 1800 One Liberty Place, Philadelphia, PA 19103-7395 to represent the Appellant in this matter.

Dated: August 26, 2005

WHITE AND WILLIAMS LLP

By: _____
Linda M. Carmichael (#3570)
824 N. Market Street, Suite 902
P. O. Box 709
Wilmington, DE 19899-0709
Telephone: (302) 467-4502
Facsimile: (302) 467-4552

*Attorneys for Appellant, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of *Richard M. Shusterman* is granted.

Dated: September 7, 2005    By: _____
United States District Judge

DOCS_DE 114696v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, and practicing in good standing as a member of the Bar of the States of Pennsylvania and New York and the United States District Court for the Eastern and Western Districts of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Richard M. Shusterman, Esquire
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395
Telephone: 215-864-6217
Facsimile: 215-864-7517

Date: Aug 16, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CENTURY INDEMNITY CO., as Successor to CCI Insurance Co., as successor to Insurance Co. of North America and Central National Insurance Co., | Civil Action No. 04-CV-1467 Judge: John P. Fullam |
| Appellant, | |
| v. | |
| BARON & BUDD, P.C., and SILBER PEARLMAN LLP, | |
| Appellees. | |
| IN RE: | Chapter 11 |
| OWENS CORNING, ET AL. | Case Nos. 00-03837-3854 (JKF) (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Linda M. Carmichael, do hereby certify that on this 26th day of August, 2005, two (2) copies of the foregoing **MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF RICHARD M. SHUSTERMAN** was served upon the following via First Class Mail, postage-paid:

| | |
|---|---|
| Norman L. Pernick, Esquire<br>Saul Ewing LLP<br>222 Delaware Ave., #1200<br>Wilmington, DE 19899 | Daniel K. Hogan, Esquire<br>The Hogan Firm<br>1311 Delaware Avenue<br>Wilmington, DE 19806 |
| Frank J. Perch, III<br>Office of the U.S. Trustee<br>844 King Street, Suite 2313<br>Wilmington, DE 19801 | David A. Klingler<br>Stutzman, Bromberg, Esserman & Plifka, P.C.<br>2323 Bryan Street – Suite 2200<br>Dallas, TX 75201 |

Under penalty of perjury, I declare that the foregoing is true and correct.

Linda M. Carmichael, Esquire (#3570)

DOCS_DE 114696v1