IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: <br><br> OWENS CORNING et al, <br> Debtors. | § § § § § | Case Nos. 00-3837-3854 (JKF) <br> (Jointly Administered) |
| CENTURY INDEMNITY CO., as successor to CCI Insurance Co. as successor to Insurance Co. of North America and Central National Insurance Co., <br> Appelllant, <br><br> v. <br><br> BARON & BUDD, P.C., and SILBER PEARLMAN LLP, <br> Appellees. | § § § § § § § § § § § § § § | Civil Action <br><br> Docket No.: 04-CV-1467 <br><br> Judge: John P. Fullam |

**AMENDED CERTIFICATE OF SERVICE**

I, Daniel K. Hogan, hereby certify that I am not less than 18 years of age and that I caused to be served on the 28th day of September, 2005, a true and correct copy of the foregoing Citation of Additional Subsequent Authority Pursuant to Local Rule 7.1.2(c) By Appellees Baron & Budd, P.C., and Silber Pearlman, LLP, via first class mail and/or Federal Express (as indicated), postage prepaid, to the parties on the attached service list.

/s/Daniel K. Hogan
Daniel K. Hogan (DE #2814)

**Service List**

*Via Federal Express*
WHITE AND WILLIAMS LLP
Christian J. Singewald (No. 3542)
Linda M. Carmichael (No. 3570)
Marc Casarino (No. 3613)
824 N. Market Street, Suite 902
Wilmington, DE  19899-0709

    -and-

O'MELVENY & MYERS LLP
Tancred V. Schiavoni
Gerald A. Stein
Gary Svirsky
7 Times Square Tower
New York, NY  10036

*Attorneys for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Central National Insurance Company*

SAUL EWING LLP
Norman L. Pernick, Esquire
222 Delaware Avenue, Suite 1200
Wilmington, DE  19801

*Attorney for Debtor*

OFFICE OF THE U.S. TRUSTEE
Frank J. Perch, III
844 King Street, Suite 2313
Wilmington, DE  19801