UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| OWENS-CORNING, *et al.*,<br><br>v.<br><br>CREDIT SUISSE FIRST BOSTON, *et al.* | Case No. 04-CV-1467 (JPF)<br><br>**NOTICE OF WITHDRAWAL<br>OF O'MELVENY & MYERS LLP<br>AS COUNSEL** |

Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, and Central National Insurance Company (through its Managing General Agent Cravens Dargan & Co., Pacific Coast), by their undersigned counsel, and pursuant to Local Rule 83.7, hereby notice the withdrawal of appearance by O'Melveny & Myers LLP.

Century Indemnity Company and Central National Insurance Company will continue to be represented by White and Williams LLP, who is already counsel of record in this matter.

Dated: August 11, 2005
New York, New York

Tancred V. Schiavoni /s/ GSte.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
(212) 326-2000

Richard M. Shusterman
Patricia B. Santelle
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395
(215) 864-7000

Attorneys for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, and Central National Insurance Company

NY1:1595940.1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CENTURY INDEMNITY CO., | : | |
| as Successor to CCI Insurance Co., | : | Civil Action No. 04-CV-1467 |
| as successor to Insurance Co. of | : | Judge:  John P. Fullam |
| North America and Central National | : | |
| Insurance Co., | : | |
| | : | |
|     Appellant, | : | |
| v. | : | |
| | : | |
| BARON & BUDD, P.C., and | : | |
| SILBER PEARLMAN LLP, | : | |
| | : | |
|     Appellees. | : | |

| | | |
|---|---|---|
| | : | |
| IN RE: | : | Chapter 11 |
| | : | |
|     OWENS CORNING, ET AL. | : | Case Nos. 00-03837-3854 (JKF) |
| | : | (Jointly Administered) |
|     Debtors. | : | |

**CERTIFICATE OF SERVICE**

I, Linda M. Carmichael, Esquire, do hereby certify that a true and correct copy of the

**NOTICE OF WITHDRAWAL OF O'MELVENY & MYERS LLP AS COUNSEL** to be

made on October 6, 2005 to the following parties on the attached service list via first class U.S.

Mail.

                                            */s/ Linda M. Carmichael*
                                            Linda M. Carmichael (#3570)

-2-

Norman L. Pernick, Esquire
Saul Ewing LLP
222 Delaware Ave., #1200
Wilmington, DE  19899

Frank J. Perch, III
Office of the U.S. Trustee
844 King Street, Suite 2313
Wilmington, DE  19801

Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE  19806

David A. Klingler
Stutzman, Bromberg, Esserman & Plifka, P.C.
2323 Bryan Street – Suite 2200
Dallas, TX  75201

-2-

DOCS_DE 116527v2