IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>OWENS CORNING et al,<br>            Debtors. | § §  § § § § | Case Nos.  00-3837-3854 (JKF)<br>(Jointly Administered) |
| CENTURY INDEMNITY CO., as successor to CCI Insurance Co. as successor to Insurance Co. of North America and Central National Insurance Co.,<br>Appelllant,<br><br>    v.<br><br>BARON & BUDD, P.C., and SILBER PEARLMAN LLP,<br>Appellees. | § § § § § § § § § § § § § § | Civil Action<br><br>Docket No.: 04-CV-1467<br><br>Judge:  John P. Fullam |

**CERTIFICATE OF SERVICE**

I, Daniel K. Hogan, hereby certify that I am not less than 18 years of age and that I caused to be served on the 4th day of November, 2005, a true and correct copy of the foregoing Appellees' Objection to Appellant's Attempt to Raise an Issue That It Has Already Waived for Purposes of this Appeal, via certified mail, return receipt requested to the parties on the attached service list.

/s/Daniel K. Hogan
Daniel K. Hogan (DE #2814)

<u>SERVICE LIST</u>

WHITE AND WILLIAMS LLP
Christian J. Singewald (No. 3542)
Linda M. Carmichael (No. 3570)
Marc Casarino (No. 3613)
824 N. Market Street, Suite 902
Wilmington, DE 19899-0709

White and Williams, LLP
Richard M. Shusterman, Esquire
1800 One Liberty Place
1650 Market Street
Philadelphia, PA 19103


-and-

O'MELVENY & MYERS LLP
Tancred V. Schiavoni
Gerald A. Stein
Gary Svirsky
7 Times Square Tower
New York, NY 10036

*Attorneys for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Central National Insurance Company*

SAUL EWING LLP
Norman L. Pernick, Esquire
222 Delaware Avenue, Suite 1200
Wilmington, DE 19801
*Attorney for Debtor*

OFFICE OF THE U.S. TRUSTEE
Frank J. Perch, III
844 King Street, Suite 2313
Wilmington, DE 19801