IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CENTURY INDEMNITY CO.,<br>as Successor to CCI Insurance Co.,<br>as successor to Insurance Co. of<br>North America and Central National<br>Insurance Co.,<br><br>      Appellant,<br>v.<br><br>BARON & BUDD, P.C., and<br>SILBER PEARLMAN LLP,<br><br>      Appellees. | Civil Action No. 04-CV-1467<br>Judge: John P. Fullam |
| IN RE:<br><br>    OWENS CORNING, ET AL.<br><br>    Debtors. | Chapter 11<br><br>Case Nos. 00-03837-3854 (JKF)<br>(Jointly Administered) |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE WITHDRAW** the appearance of, Linda M. Carmichael, Esquire, as attorney for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and as successor to CIGNA Specialty Insurance Company (formerly known as California Union Insurance Company); Pacific Employers Insurance Company; Century Indemnity Company; and Central National Insurance Company of Omaha, through its managing general agent, Cravens, Dargan Company, Pacific CoastCentury Indemnity Company (collectively, "Century Indemnity Company"), and

-2-

PLEASE ENTER the appearance of Marc S. Casarino, Esquire, as attorney for Century Indemnity Company, in the above-referenced matter.

| WHITE AND WILLIAMS LLP | WHITE AND WILLIAMS LLP |
|---|---|
| *[signature]* | *[signature]* |
| Linda M. Carmichael (DE No. 3570) | Marc S. Casarino (DE No. 3613) |
| 824 N. Market Street, Suite 902 | 824 N. Market Street, Suite 902 |
| P.O. Box 709 | P.O. Box 709 |
| Wilmington, DE 19899-0709 | Wilmington, DE 19899-0709 |
| Phone: (302) 467-4502 | Phone: (302) 467-4520 |

Dated: November 23, 2005

DOCS_DE 118149v.2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CENTURY INDEMNITY CO., <br> as Successor to CCI Insurance Co., <br> as successor to Insurance Co. of <br> North America and Central National <br> Insurance Co., <br><br> Appellant, <br> v. <br><br> BARON & BUDD, P.C., and <br> SILBER PEARLMAN LLP, <br><br> Appellees. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil Action No. 04-CV-1467 <br> Judge: John P. Fullam |
| IN RE: <br><br> OWENS CORNING, ET AL. <br><br> Debtors. | : <br> : <br> : <br> : <br> : | Chapter 11 <br><br> Case Nos. 00-03837-3854 (JKF) <br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Marc S. Casarino, Esquire, certify that I am not less than 18 years of age, and that I caused service of the **Notice of Substitution of Counsel** to be made on November 23, 2005, via first class mail on the following:

Norman L. Pernick, Esquire
Saul Ewing LLP
222 Delaware Ave., #1200
Wilmington, DE 19899

Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

Frank J. Perch, III
Office of the U.S. Trustee
844 King Street, Suite 2313
Wilmington, DE 19801

David A. Klingler
Stutzman, Bromberg, Esserman & Plifka, P.C.
2323 Bryan Street – Suite 2200
Dallas, TX 75201

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: November 23, 2005

/s/ Marc S. Casarino
Marc S. Casarino (#3613)

DOCS_DE 118149v.2