IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Century Indemnity Company, | : | Civil Action No. 04-1467 |
| Appellant | : | |
| v. | : | |
| Owens Corning, *et al.* | : | |
| Appellees. | : | |

O R D E R

AND NOW, this 26th day of February, 2007, IT IS ORDERED that counsel shall show cause, by written submission, on or before March 23, 2007, why the above-captioned case should not be dismissed as moot.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,            Sr. J.