## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>OWENS CORNING, et al.,<br>    Debtors. | Chapter 11<br>Case No. 00-03837 (JKF)<br>(Jointly Administered) |
| CENTURY INDEMNITY COMPANY,<br>    Appellant,<br>v.<br>OWENS CORNING, et al.,<br>    Appellees. | Civil Action No. 04-01467-JPF |

### AGREEMENT OF DISMISSAL

The parties to the above-captioned appeal, by their undersigned attorneys, agree to the dismissal of the above-captioned appeals (the "Consolidated Appeals") as follows:

1. On September 26, 2006 (the "Confirmation Date"), the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, entered an order (the "Confirmation Order") confirming the Sixth Amended Joint Plan of Reorganization for Owens Corning and its Affiliated Debtors and Debtors-in-Possession (as Modified), dated as of July 10, 2006 (the "Plan").

2. Certain conditions set forth in section 12.2 of the Plan were required to be satisfied or waived before the Plan could become effective, including the affirmance of the Confirmation Order by the United States District Court. These conditions have been satisfied or waived and the Plan's Effective Date occurred on October 31, 2006.

3. The Plan has been substantially consummated.

4. Confirmation of the Plan having resolved all issues related to the appeal, pursuant to Rule 8001(c) of the Fed. R. Bankr. P., the above-captioned appeal shall be dismissed and

closed, and all parties shall bear their own costs.

Dated: March ____, 2007

| | |
|---|---|
| WHITE & WILLIAMS LLP | SAUL EWING LLP |
| By: *[signature]* | By: _____ |
| Marc Stephen Casarino (I.D. # 3613)<br>824 Market Street, Suite 902<br>P.O. Box 709<br>Wilmington, DE 19899-0709<br>(302) 654-0424 | Norman L. Pernick (I.D. # 2290)<br>J. Kate Stickles (I.D. # 2917)<br>222 Delaware Avenue<br>P.O. Box 1266<br>Wilmington, DE 19899-1266<br>(302) 421-6800 |
| | and |
| Attorneys for Century Indemnity Company | |
| **THE HOGAN FIRM** | **SIDLEY AUSTIN LLP**<br>James F. Conlan |
| By: _____ | Larry J. Nyhan |
| Daniel K. Hogan (I.D. # 2814)<br>1311 Delaware Avenue<br>Wilmington, DE 19806<br>(302) 656-7540 | Jeffrey C. Steen<br>Dennis M. Twomey<br>Andrew F. O'Neill<br>One South Dearborn Street<br>Chicago, IL 60603 |
| and | (312) 853-7000 |
| **STUTZMAN & BROMBERG, P.C.**<br>Sander L. Esserman<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>(214) 969-4900 | |
| Attorneys for Baron & Budd P.C and Silber Pearlman LLP | Attorneys for the Debtors and Reorganized Debtors |

closed, and all parties shall bear their own costs.

Dated: March \_\_\_\_, 2007

| **WHITE & WILLIAMS LLP** | **SAUL EWING LLP** |

By:_____
  Marc Stephen Casarino (I.D. # 3613)
  824 Market Street, Suite 902
  P.O. Box 709
  Wilmington, DE 19899-0709
  (302) 654-0424

By:_____
  Norman L. Pernick (I.D. # 2290)
  J. Kate Stickles (I.D. # 2917)
  222 Delaware Avenue
  P.O. Box 1266
  Wilmington, DE 19899-1266
  (302) 421-6800

  Attorneys for Century Indemnity
  Company

and

**THE HOGAN FIRM**

By_____
  Daniel K. Hogan (I.D. # 2814)
  1311 Delaware Avenue
  Wilmington, DE 19806
  (302) 656-7540

and

**SIDLEY AUSTIN LLP**
  James F. Conlan
  Larry J. Nyhan
  Jeffrey C. Steen
  Dennis M. Twomey
  Andrew F. O'Neill
  One South Dearborn Street
  Chicago, IL 60603
  (312) 853-7000

**STUTZMAN & BROMBERG, P.C.**
  Sander L. Esserman
  2323 Bryan Street, Suite 2200
  Dallas, TX 75201
  (214) 969-4900

Attorneys for Baron & Budd P.C and
Silber Pearlman LLP

Attorneys for the Debtors and
Reorganized Debtors

closed, and all parties shall bear their own costs.

Dated: March **23**, 2007

| | |
|---|---|
| **WHITE & WILLIAMS LLP** | **SAUL EWING LLP** |
| By:_____ | By:_____ |
| Marc Stephen Casarino (I.D. # 3613) | Norman L. Pernick (I.D. # 2290) |
| 824 Market Street, Suite 902 | J. Kate Stickles (I.D. # 2917) |
| P.O. Box 709 | 222 Delaware Avenue |
| Wilmington, DE 19899-0709 | P.O. Box 1266 |
| (302) 654-0424 | Wilmington, DE 19899-1266 |
| | (302) 421-6800 |
| | |
| | and |
| Attorneys for Century Indemnity Company | |
| | |
| **THE HOGAN FIRM** | **SIDLEY AUSTIN LLP** |
| | James F. Conlan |
| By:_____ | Larry J. Nyhan |
| Daniel K. Hogan (I.D. # 2814) | Jeffrey C. Steen |
| 1311 Delaware Avenue | Dennis M. Twomey |
| Wilmington, DE 19806 | Andrew F. O'Neill |
| (302) 656-7540 | One South Dearborn Street |
| | Chicago, IL 60603 |
| and | (312) 853-7000 |
| | |
| **STUTZMAN & BROMBERG, P.C.** | |
| Sander L. Esserman | |
| 2323 Bryan Street, Suite 2200 | |
| Dallas, TX 75201 | |
| (214) 969-4900 | |
| | |
| Attorneys for Baron & Budd P.C and Silber Pearlman LLP | Attorneys for the Debtors and Reorganized Debtors |