## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OWENS CORNING, *et al.*,<br><br>        Debtors, | Chapter 11<br>Case No. 00-03837 (JKF)<br>(Jointly Administered) |
| CENTURY INDEMNITY COMPANY,<br><br>        Appellant,<br><br>        v.<br><br>OWENS CORNING, *et al.*,<br>        Appellees. | Civil Action No. 04-01467-JPF |

### ORDER OF DISMISSAL

Upon the Agreement of Dismissal of all parties to the above-captioned bankruptcy

appeal, pursuant to pursuant to Rule 8001(c) of the Fed. R. Bankr. P., it is this 26ᵗʰ day of

_____, 2007, hereby:

ORDERED, that Civil Action No. 04-01467-JPF is DISMISSED; and it is further

ORDERED, that Civil Action No. 04-01467-JPF is CLOSED.

_____
Honorable John P. Fullam
Senior Judge, United States District Court