# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 00-03837 (JKF) |
| OWENS CORNING, *et al.*, | Jointly Administered |
| Debtors. |  |
| CENTURY INDEMNITY COMPANY, |  |
| Appellant, |  |
| v. | Civil Action No. 04-01467-JPF |
| OWENS CORNING, *et al.*, | **Related to Docket No. 36** |
| Appellees. |  |

## AFFIDAVIT OF SERVICE

I, Mary C. McLaughlin, an employee of Saul Ewing LLP, 222 Delaware Avenue, Suite 1200, PO Box 1266, Wilmington, DE 19899, hereby certify that on March 27, 2007, a true and correct copy of the **Order of Dismissal** was served by first class mail, postage prepaid, on the parties on the attached service list.

        SAUL EWING LLP

By: */s/ Mary C. McLaughlin*
    Mary C. McLaughlin, Secretary
    222 Delaware Avenue, Suite 1200
    Wilmington, DE 19801
    (302) 421-6800

Subscribed and sworn to me before
this *29th* day of March, 2007

*/s/ Monica A. Molitor*
    Notary Public

546333.1 3/29/07

**Owens Corning, et al.**
**Service List – Order of Dismissal**

Marc S. Casarino, Esquire
White and Williams LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709

Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE  19806

Sander L. Esserman, Esquire
Stutzman & Bromberg
A Professional Corporation
2323 Bryan St., Suite 2200
Dallas, TX  75201

James F. Conlan, Esquire
Larry J. Nyhan, Esquire
Jeffrey C. Steen, Esquire
Sidley Austin LLP
One South Dearborn St.
Chicago, IL  60603